J. A04020/16

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| v. | : | |
| | : | |
| JON LEE, | : | No. 1264 WDA 2014 |
| | : | |
| Appellant | : | |

Appeal from the Judgment of Sentence, March 13, 2014,
in the Court of Common Pleas of Allegheny County
Criminal Division at No. CP-02-CR-0010514-2012

BEFORE:  FORD ELLIOTT, P.J.E., BENDER, P.J.E., AND SHOGAN, J.

DISSENTING MEMORANDUM STATEMENT BY FORD ELLIOTT, P.J.E.:

FILED: September 7, 2016

I respectfully dissent, and would affirm both the denial of the motion to suppress and the denial of decertification on the opinion of President Judge Manning.